# Petition for Order of Protection and Order for Hearing

Case # (the clerk fills this in): 1463628

In the _Division 25_ Court of Shelby County, TN
_General Sessions Criminal Court_

**Petitioner's name** THE HONORABLE PHYLLIS GARDNER (IN HER OFFICIAL CAPACITY)

If Petitioner is under 18, insert child's name if filed on behalf of an unemancipated person (someone under 18 years of age) pursuant to TCA §36-3-602. This request is being made by _____ who is ☐ child's parent or ☐ legal guardian or ☐ a caseworker.

_Phyllis_ _____ _Gardner_
first                          middle                          last

**\*\*PETITIONER'S CHILDREN UNDER 18 THAT PETITIONER BELIEVES ARE IN NEED OF PROTECTION:**

| Name | Age | Relationship to Respondent | Name | Age | Relationship to Respondent |
|---|---|---|---|---|---|
| 1. | | | 3. | | |
| 2. | | | 4. | | |

### Respondent's Information (person you want to be protected from):

PAMELA          JEANINE          MOSES          10/05/1977
first           middle           last            date of birth (MM/DD/YYYY)

332 HALE STREET          MEMPHIS          TN     38301
street address           city             state  zip

Respondent's Employer: unknown
                       Employer's name                Employer's phone #

**Describe Respondent:**

| Sex | Race | Hair | Eyes | Height – Weight – SSN – Other | |
|---|---|---|---|---|---|
| ☐ Male | ☐ White | ☑ Black | ☑ Brown | Height | 5'3" |
| ☑ Female | ☐ Asian | ☐ Grey | ☐ Hazel | Weight | 185 |
| | ☑ Black | ☐ Blond | ☐ Blue | Social Sec. # | xxx-xx-4611 |
| | ☐ Hispanic | ☐ Bald | ☐ Green | Scars/Special Features | |
| | ☐ Other: | ☐ Brown | ☐ Gray | Phone Number | 901-907-0256 |
| | | ☐ Other: | ☐ Other: | | |

① What is your relationship to the Respondent? (Check all that apply):
   a. ☐ We are married or used to be married.
   b. ☐ We live together or used to live together.
   c. ☐ We have a child together.
   d. ☐ We are dating, used to date, or have had sex.
   e. ☐ We are relatives, related by adoption, or are/were in-laws. (Specify): _____
   f. ☐ We are the children of a person whose relationship is described above (Specify): _____
   g. ☑ The Respondent has stalked me.
   h. ☐ The Respondent has sexually assaulted me.
   i. ☐ Other: _____

**Warning!**
☐ Weapon involved
☐ Has or owns a weapon

② List all children under 18 that you have:
   * ☐ Check here if listing addresses would put you or your child in danger. If so, leave any spaces for addresses blank.

| Name of Child | Age | Is Respondent the parent of the child? (Write "yes" or "no") | Does the child need to be protected from the Respondent? | Child's address |
|---|---|---|---|---|
| | | | | |

# Temporary Order of Protection (Ex Parte Order of Protection)

☐ Petitioner is under 18

In the _General Sessions_ Court of Shelby County, TN

**Case #** (the clerk fills this in): 1463622J

**RESPONDENT'S COPY**

**Petitioner** THE HONORABLE PHYLLIS GARDNER (IN HER OFFICIAL CAPACITY)

If Petitioner is under 18, insert child's name if filed on behalf of an unemancipated person (someone under 18 years of age) pursuant to TCA §36-3-602. This request is being made by _____ who is ☐ child's parent or ☐ legal guardian or ☐ a caseworker.

_Phyllis_ / _____ / _Gardner_
first / middle / last

Filed: [stamp] Shelby County, Tennessee / Edward L. Stanton, Jr., Clerk / By: _____ D.C.

## Petitioner's children under 18 protected by this Order:

| Name | Age | Relationship to Respondent | Name | Age | Relationship to Respondent |
|------|-----|---------------------------|------|-----|---------------------------|
| 1. | | | 3. | | |
| 2. | | | 4. | | |

### Respondent's Information (person you want to be protected from):

PAMELA / JEANINE / MOSES / 10/05/1977
first / middle / last / date of birth (MM/DD/YYYY)

332 HALE STREET / MEMPHIS / TN / 38301
street address / city / state / zip

Respondent's Employer: _____
Employer's name / Employer's phone #

### Describe Respondent:

| Sex | Race | Hair | Eyes | Height – Weight – SSN – Other | |
|-----|------|------|------|---|---|
| ☐ Male<br>☑ Female | ☐ White<br>☐ Asian<br>☑ Black<br>☐ Hispanic<br>☐ Other: | ☑ Black<br>☐ Grey<br>☐ Blond<br>☐ Bald<br>☐ Brown<br>☐ Other: | ☑ Brown<br>☐ Hazel<br>☐ Blue<br>☐ Green<br>☐ Grey<br>☐ Other: | Height | 5'3" |
| | | | | Weight | 185 |
| | | | | Social Sec. # (Provided to Clerk's Office if known) | xxx-xx-4611 |
| | | | | Scars/Special Features | |
| | | | | Phone Number | 901-907-0256 |

### Petitioner's relationship to the Respondent (Check all that apply):

☐ We are married or used to be married.
☐ We have a child together.
☐ We are relatives, related by adoption, or are/were in-laws. (Specify): _____
☐ We are the children of a person whose relationship is described above (Specify): _____
☑ The Respondent has stalked me.
☐ Other: _____
☐ We live together or used to live together.
☐ We are dating, used to date, or have had sex.
☐ The Respondent has sexually assaulted me.

The Court having reviewed the Petition for Temporary Order of Protection and finding, pursuant to TCA §36-3-605(a), that Petitioner is under an immediate and present danger of abuse from the Respondent and good cause appearing, the court issues the following:

**Warning!**
☐ Weapon involved
☐ Has or owns a weapon

### Orders to the Respondent:

☑ **Do not abuse, threaten to abuse, hurt or try to hurt, or frighten Petitioner and/or Petitioner's minor children under 18.**

☑ **Do not put Petitioner and/or Petitioner's minor children under 18 in fear of being hurt or in fear of not being able to leave or get away.**

☑ **Do not stalk or threaten to stalk Petitioner and/or Petitioner's minor children under 18.**

☐ Do not come about the Petitioner and/or Petitioner's minor children protected by this order (including coming by or to a shared residence) for any purpose.

**This is a Court Order**

| Describe abuse, stalking or assault (include, IF APPLICABLE, information about abuse or fear of abuse to your child(ren), personal property or animals) | Where and when did this happen? | Describe any weapons used. |
|---|---|---|
| 1. After Respondent was held in contempt of court for impersonating someone else, she became combative and refused to leave Petitioner's courtroom. While in police custody thereafter, Respondent escaped and was caught by Officer Michelle Sneed in the rocky area between White Station, Summer Avenue, and I-40. Her conduct caused the officers to fear for Petitioner's safety. Respondent's conduct caused Petitioner to fear for her safety. | 2/19/2014 | n/a |
| 2. Respondent started a Facebook page titled "Don't Re-Elect Judge Phyllis Gardner," on which she has a picture of Petitioner against a backdrop of individuals wearing Klu Klux Klan robes. Following the August 7, 2014, Respondent changed the name of this page to "Bring Charges Against Phyllis Gardner." Respondent's conduct caused members of the legal community to contact Petitioner because they feared for her safety, citing Moses' prior felony conviction for aggravated assault, her mental health history, substance abuse, violent anger issues, and ready access to firearms. Respondent's conduct caused Petitioner to feel terrorized, frightened, intimidated, and threatened. | 7/8/2014 - present | n/a |
| 3. While Petitioner was campaigning during early voting, respondent approached Petitioner and her group of supporters, got very close to Petitioner, and began yelling loudly, causing quite a disturbance. Petitioner's supporters were frightened and feared for Petitioner's safety. Respondent's conduct caused Petitioner to feel terrorized, frightened, intimidated, and threatened. | 7/19/2014 | n/a |
| 4. Following the creation of the above-referenced Facebook page, Respondent has repeatedly posted false statements regarding Petitioner. For example, Respondent used the Facebook page to state, "If you Vote for Re-elect Judge Phyllis Gardner you are voting for Slavery and official oppression. Please don't vote for her." Respondent's conduct caused members of the legal community to contact Petitioner because they feared for her safety. Respondent's conduct caused Petitioner to feel terrorized, frightened, intimidated, and threatened. | 8/4/2014 - present | n/a |

| | | |
|---|---|---|
| 5. Respondent has been handing out flyers containing inflammatory statements on the steps of the Shelby County County Courthouse, 140 Adams Avenue, Memphis, TN, 38103 with the heading "Remove Phyllis Gardner from Office." Respondent's conduct caused members of the legal community to contact Petitioner because they feared for her safety. Respondent's conduct caused Petitioner to feel terrorized, frightened, intimidated, and threatened. | 8/29/2014 - present | n/a |
| 6. Respondent attempted to enter the swearing-in ceremony for recently elected judges, and she was barred from doing so due to her engaging in loud and disruptive behavior. Officer Sneed barred Respondent from the courtroom, and afterwards, Respondent began loudly proclaiming "Don't shoot me!" This caused Officer Sneed to fear for the safety of Petitioner (as well as the public at large). Respondent's conduct caused Petitioner to feel terrorized, frightened, intimidated, and threatened. | 8/29/2014 | n/a |
| 7. Respondent has filed multiple, groundless civil complaints against Petitioner (or naming Petitioner as a party). Respondent's efforts to attack Petitioner through her abuse of the legal system, her violent criminal background, and her ongoing belligerent behavior has caused Judge Gardner to feel terrorized, frightened, intimidated, and threatened. | 2/19/2014 - present | n/a |

⑯ ☐ **Animals / Pets**
Please give me custody and control of any animal owned, possessed, leased, kept or held by me, the Respondent, or the children listed above.

⑰ ☒ **Costs, fees, and litigation taxes**
Please order the Respondent to pay all court costs, lawyer fees, and taxes for this case.

⑱ ☐ **Other Orders:** (*General Relief*) _____

_____

_____

**I also ask the court to:**

1. Make an immediate Temporary Order of Protection. (*Ex-Parte Order of Protection*)
2. Notify law enforcement in this county of that Order.
3. Serve the Respondent a copy of that *Order* and Notice of Hearing to take place within 15 days of service.
4. Serve a copy of the Request, Notice of Hearing and Temporary Order on the parents of the Petitioner (if the Petitioner is under 18 years of age) unless the Court finds that this would create a serious threat of serious harm to the Petitioner. T.C.A. §36-3-605 (c )

**Petitioner (or parent/legal guardian/caseworker) signs here in front of notary/clerk/judicial officer and swears that he/she believes the above information is true:**

▶ *Phyllis B. Gardner*                                  Date: *September 8, 2014*

---

**Notary fills out below –**
I declare that the Petitioner has read this Petition,
and swears it be true to the best of her/his knowledge.
Sworn and subscribed before me, the undersigned authority,
By (*Print name of notary*): *Suzette R. Mink*
On this date: *9-8-14*

▶ *[signature]*                                  *4-10-16*
Notary or Court Clerk or Judicial Officer signs here   Date notary's commission expires

[Notary seal: SUZETTE R. MINK, STATE OF TENNESSEE, NOTARY PUBLIC, COUNTY OF SHELBY]

---

☒ **The court finds good cause and will issue a Temporary Order of Protection.**

☐ **The court does not find good cause and denies a Temporary Order of Protection** - The court finds there is no immediate and present danger of abuse to the petitioner and denies the Petitioner's request for a *Temporary Order of Protection*. The court will set the matter for hearing.

## ORDER FOR HEARING

The Petitioner and Respondent must go to court and explain to the judge why the judge should or should not issue an Order of Protection against the Respondent.

This hearing will take place on (*date*): *9-23-14* at (*time*): *9:00* ☒ a.m. ☐ p.m.
at (*location*): *Hearing Room General Sessions Criminal Court*

▶ *MICHAEL CROSS*                                  Date *9-8-14*
Judicial Officer's signature

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

③ **Where else have the children (that you and Respondent have together) lived during the last 6 months?**

| Children's previous addresses | Who did they live with at this address? |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

④ **Other Court Cases** – Are the children that you and Respondent have together involved in any other court case in Tennessee or another state?   ☐ Yes ☐ No   If "Yes," fill out below:

County and State of other case: _____   Case Number (if you know it): _____

Kind of case (check all that apply):   ☐ Divorce   ☐ Domestic Violence   ☐ Criminal   ☐ Juvenile   ☐ Child Support
☐ Other (specify): _____

⑤ **Custody Rights** – Does anyone besides you or the Respondent claim to have custody or visitation rights to the children that you and Respondent have together?   ☐ Yes ☐ No   If "Yes," who?

| Name | Address |
|---|---|
| _____ | _____ |
| _____ | _____ |

⑥ **Describe Abuse** – (use additional sheets of paper if necessary and attach to Petition)

| Describe abuse, stalking or assault (include, IF APPLICABLE, information about abuse or fear of abuse to your child(ren), personal property or animals) | Where and when did this happen? | Describe any weapons used. |
|---|---|---|
| **See attached** |  |  |