Moses, et al
-v-
Gardner, et al

14-2706

**SHERYL H. LIPMAN**

Moses, et al
-v-
Gardner

14-2706

DIANE K. VESCOVO