RECEIVED
2014 OCT -7 PM 4:51
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

Moses (minor son)
_____
Plaintiff,

v.                                              Case No. 14-2706

Plaintiff
_____
Defendant.

Exhibit of Inital Filing of

Civil Rights violation
that was never Docketed

Paul
P.O. Box 80564
Memphis, TN
38108

Mailing Address
City, State, Zip Code
Telephone Number

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October 2014, a copy of the foregoing (Title of Document) was mailed, postage prepaid to Opposing Counsel's Name, Opposing Counsel's Mailing Address, City, State and Zip Code, Counsel for Defendant Defendant's Name.

P.O. Box 80504
Memphis, TN 38108

URGENT

SHELBY COUNTY JAIL

RECEIVED
14 FEB 26 PM 3:01
SHELBY CO. JAIL MAIL ROOM
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENN

Federal Bldg. Downtown Memphis
Att: United States District Court Clerk
Western District 2nd Floor
c/o Chief Justice Jon P. McCalla
Front Street
Memphis, TN 38103

file w/ court Clerk also

# Writ of Habeas Corpus

RECEIVED
14 FEB 25 PM 3:10

I am being held unlawfully for no just cause in the Shelby County Jail in Memphis, TN. I request the Chief Justice Jon P. McCallain immediately have me brought before United District Court and have Shelby County show cause why I am

Being held in its custody. I have not been charged with a crime. I am injured and in need of medical Attention and being denied my rights are Due Process + my constitutional ~~Civil Right~~ Rights have been violated repeatedly. The judge has not assigned to my case. I was brought into custody By a unlawful order with no specific facts as to why I am imprisoned. I am a single mother and my children are being affected + neglected. Please Help!!!!! me......

Respectfully,
Pamela Moses
Book # 14900068