IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TENNESSEE WESTERN DIVISION

Pamela Moses and
T. Moses, (Plaintiff)

VS.

Phylliss Gardner and
Jane or Jon Doe (Defendants)

# No. 14-02706-SHL-dkv

RECEIVED

## Objection to MAGISTRATE's Order FOR Appointment of Counsel

Comes Now, Pamela Moses by and through herself, gives notice that she objects to the order entered on 4/30/15 by the Magistrate's order. Moses who is the mother of minor child hereby objects to the entirity of the order and states the following reasons as a matter of Law and fact, and Request that the Honorable Judge Cheryl Lijman Review this matter Denovo. Moses states the following reasons and objections.

Moses is not an attorney. Moses is indigent. Moses has been severely affected by the lies and deceptions of attorneys and judges. Courts are suppose to be impartial. All people are created equal. It is not fair for Moses a political prisonor to have no legal assistance, and it is also unfair for her child who's custody was affected by the Actions of the defendant be without counsel, and unrepresented.

His mother states these reasons that entitle T. moses to appointment of counsel.

Based on information and strong belief, the Defendant has engaged in a pattern of behavior which has conspired and slandered NOT only the listed Plaintiffs but a large group of people. Based on information, and strong belief, Moses filed a motion to Amend the original complaint. This motion to

①

America will not give these co-conspirators and additional third parties, but co-plaintiffs, which in return will include other protected classes. Moses and her minor child are African-American, a protected class members.

Based on information and strong belief, there are other victims who the Defendant has made false accusations against and had them improperly labled, and slandered, and harrassed, by law enforcement, In today's society post-9-11, it is Reverse-Terrosim for a person who is employed by the gouverment to use her power, prestige, and posistion in her personal capacity to have people classified as a "sovereign citizen" when they don't even know what that is or have NO beliefs that would even place them in such an offensive category. It is the same thing Hitler did to the jews in Aswhitz. Because they were jewish he labled them dangerous. This type of behavior is not only unamerican it is unacceptable. Moses and her chid are intelligent African-Americans who like to read books at the law library and utilize the "free" west law + Lexis databases. Moses son has been reading since he was 4 yrs. old. If, Moses wants to teach her chid legal items, and teach him the law there is nothing sovereign or illegal about that, in addition just because Moses is a pro se litigant who utilizes the courts like others that does not make her dangerous, and it does not permit a person who is an attorney or judge to contact "Homeland Security" and tell them to follow these African-Americans because they are in the law-library too much. African-Americans who are poor have the right to read and learn. In fact, Any american has that fundamental right free from profiling and harrassment. These slanderous allegations promted an unsettling fear which caused me to lose my child. It is

(2)

only appropriate that counsel be involved to administer a legal process free from emotions. The Defendant may not have put the Plaintiffs in Aswhitz but this is our Holocaust. We like many others have been improperly labled as "sovereign citizens". The only knowledge Plaintiff had ever heard about "sovereign citizens" were the man and son who killed a police officer across in West Memphis. (at walmart) Consequently, to place a false lable on a mother and child who are a part of a protected class not only adds insult to injury but the Defendant placed, our life, liberty, and pursuit of happiness in danger, which we have both loss by the Defendants calculated lies, and orchestrations. In addition, Rule 53 Allows Federal Judges to appoint attorneys and Masters. Accordingly, Moses is not capable of litigating this matter. Rule 24 Allows Intervention as a Right for permissible Discretion of the court for question of intervention for law or fact.

42 U.S.CA 2000E s(f)(5) authorizes the appointment of a special master in non-exceptional circumstances when a district court is unable to comply with title VII's mandate to expedite discrimination cases. (Hackley v. Roudebus, CA 1975, F 2d 108, 171)

The National Childhood Vacine Injury Act establishes an office of Special masters within United States Claims, charged w/ assisting the court in dispositions of claims based on vaccine-related injuries or death. 42 U.S.CA § 300-12. T.Moses Plaintiff has suffered irreparable injuries as well as other Plaintiffs (pending) by the Defendants actions, these injuries are premeditated, because when you yell fire in a public building no one is going to say well I don't see flames I don't smell smoke naturally, Everybody is going to run and get out the building, Post-9-11 if you say a "sovereign citizen" and her child are spending too much time

(3)

in the Shelby County law library is to ensure ale
that "Homeland Security" would begin following them.
This is the same synopsis, especially when it deals
with organize crime and invasion of privacy.
Based on Information and belief this is a class
Action matter also, because others have been adversely
affected by the Defendant's wanton slander and defamation.
This matter of appointment of counsel is a dispositive
determination which should be delegated to the District
Judge. The Defendant has not even answered the complaint
Without beating a dead horse, the magistrate again exhibits
the magistrate's opinion is premature.
biasness by her last statement when she states "moses'

Chances of success are <u>extremely slim</u>"
the magistrate's decision is just that of an analysis of the
merits of plaintiff's claim, Most magistrates do that, but for
Magistrate Vescovo to put an order in that adversely affects the
plaintiff is one thing but to use language that demonstrates
an opinion of doubt superceeds her authority,
Appropriately, the "court" distinctly makes a distinction between
dispositive and non-dispositive motions. Alternatively, the appointment
or an attorney or master is integral to the merits of the cause of
actions. Therefore it would behoove this honorable court to
appoint counsel, and the District Judge has an obligation to
officiate proceed'endo.
~~         ~~ wherefore as all premises considered moses request
that counsel be appointed for the sake of
judicial effiency,
                                    Respectfully
4/24/15
(OVER)

4)

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy has been mailed to Defendants on this 24th day of April 2015