UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

RECEIVED
2014 JUN -2 PM 4:05
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

Pamela Moses + T. Moses,
_____
Plaintiff,

v.

Phyllis Gardner,
_____
Defendant.

Case No. 2:14 2706

Exhibit + To #23
Attachment

D

Pamela Moss
P.O. Box 80564
Memphis, TN 58108
_____
Mailing Address
City, State, Zip Code
Telephone Number

CERTIFICATE OF SERVICE

I hereby certify that on this ___2___ day of (Month), (Year), a copy of the foregoing (Title of Document) was mailed, postage prepaid to Opposing Counsel's Name, Opposing Counsel's Mailing Address, City, State and Zip Code. Counsel for Defendant Defendant's Name.

John Ryder

# Attachment D

**Signed Capias By Judge James C. Beasley In Fact Recommending Bond.**

**Proof Capias No Bond was Set or this Capias was never issued by Criminal Court Clerk or came to hand and was stamped by the General Sessions Court Clerk on 12-18-2014 9:35am
The Same day the Grand Jury Allegedly sent a true bill back**

```
              CN
         DIV. 05
         A.G. AX0693
         R&I  000434331


         EXTRADITE        BY:AG/JM
         NO BOND SET
```

================================================================
No Recommendation  _____           No Bond

Bond Recommendation           NBS   Bond Set as Recommended ✓

                                    Bond Set at $ _____
                                    By: _James C. Beasley_____
                                                Judge
================================================================


================================================================
              NO. 14 06502
================================================================
         S T A T E   O F   T E N N E S S E E
                         vs.


PAMELA MOSES                              14647986
AKA PAMELA J MOSES                        CR-14048690
F B 10/05/1977
804 HOLLY
MPHS TN 38112
SSN 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

================================================================
Issued 18 day of DECEMBER    2014

Came to hand _____ day of

Defendant arrested _____18TH_____ day

of ___December 2014___

and_____

                         Bill Oldham
_____ Sheriff Shelby County
By _L. Henderson_____
                   Deputy Sheriff Shelby County

C(1)